UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RODNEY DUNCAN, JR.**                                                               **PLAINTIFF**

**v.**                     **Case No. 5:17-cv-00011 KGB/JTK**

**LLOYD PACE**                                                                         **DEFENDANT**

## ORDER

The Court has received Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 3). No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (Dkt. No. 3). It is therefore ordered that plaintiff Rodney Duncan, Jr.'s complaint is dismissed without prejudice.

It is so ordered this 27th day of June, 2017.

                                                                       _____
                                                                       Kristine G. Baker
                                                                       United States District Judge