UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RODNEY DUNCAN, JR.**                                                               **PLAINTIFF**

**v.**                     **Case No. 5:17-cv-00011 KGB/JTK**

**LLOYD PACE**                                                                  **DEFENDANT**

## **JUDGMENT**

Consistent with the Order entered on this day, this case is dismissed without prejudice.

It is so adjudged this 27th day of June, 2017.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge